# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 2:05-cr-00218-LDG

v.                                                                  **ORDER**

MELISSA HART,

    Defendant.

For good cause shown,

THE COURT **ORDERS** that Defendant's Motion to Clarify Special Conditions of Supervised Release (#148) is DENIED.

DATED this _21_ day of December, 2011.

_____
Lloyd D. George
United States District Judge